**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **WATCHTOWER FIREARMS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:25-CV-01228-O** |
| | § | |
| **F-1 FIREARMS LLC, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES BANKRUPTCY JUDGE**

The United States Bankruptcy Judge made a Report and Recommendation in this case (ECF No. 3-1).  No objections were filed, and the Bankruptcy Judge's Recommendation is ripe for review. The Court reviewed the proposed Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Report and Recommendation of the United States Bankruptcy Judge.

Accordingly, the Court will delay granting Defendants' Motion to Withdraw Reference (ECF No. 1) until the Bankruptcy Court certifies to the Court that the Parties are ready for trial.

**SO ORDERED** on this **17th day** of **March, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**